**THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON, Plaintiff–Appellee,**

**v.**

**Gale A. NORTON, Secretary of the Interior, David Anderson, Assistant Secretary of Indian Affairs, and John Snow, Secretary of the Treasury, Defendants–Appellants.**

No. 04–1224.

United States Court of Appeals, Federal Circuit.

July 28, 2004.

David C. Shilton, Principal Attorney, Washington, DC, for Defendants–Appellants.

Michael L. Dillard, Principal Attorney, Josh Newton, of Counsel, Karnopp, Petersen, Bend, OR, Charles A. Hobbs, of Counsel, Hobbs, Straus, Washington, DC, for Plaintiff–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).